FILED

10/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0130

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0130

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TOMMY JONATHAN SETH DELLAR,

Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including November 20, 2024, within which to prepare, file, and serve the State's response brief.

CL

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 10 2024